## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRISTOL MYERS SQUIBB COMPANY,**                                    **PLAINTIFF**

**v.**                                          **CASE NO. 4:26-CV-00618-LPR**

**DEBBIE MACK, RODNEY RICHMOND, LENORA**
**NEWSOME, CLINT BOONE, LYN FRUCHEY,**
**BRIAN JOLLY, HAROLD H. SIMPSON, and BETH**
**ANN DAVENPORT, in their official capacities as**
**members of the Arkansas State Board of Pharmacy,**            **DEFENDANTS**

### Unopposed Motion for Extension of Time to File Answer

Defendants Debbie Mack, Rodney Richmond, Lenora Newsome, Clint Boone, Lyn Fruchey, Brian Jolly, Harold H. Simpson, and Beth Ann Davenport, each in their official capacities, respectfully request a two-extension of time to file their Answer to Plaintiff's Complaint and show the following:

1.     Defendants' answer to Plaintiff's Complaint, ECF No. 1, is currently due on July 22, 2026.

2.     The parties are currently engaged in settlement negotiations, and Defendants are optimistic about the prospect of resolving this case soon.

3.     Accordingly, Defendants respectfully request a two-week extension of the deadline to file their answer, making their answer due on August 5, 2026.

4.     Defendants have conferred with counsel for Bristol-Myers Squibb Company, and this motion is unopposed.

1

## CONCLUSION

For good cause shown, Defendants respectfully request an extension of the deadline to file their answer from July 22, 2026, to August 5, 2026.

Respectfully submitted,

By:    /s/ Ryan Hale
Ryan Hale, Ark. Bar No. 2024310
Senior Assistant Attorney General

Office of the Arkansas Attorney General
Bob R. Brooks Jr. Justice Building
101 West Capitol Avenue
Little Rock, AR 72201
(501) 295-7419, (501) 682-2591 fax
ryan.hale@arkansasag.gov

*Counsel for Defendants*