**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRISTOL MYERS SQUIBB COMPANY,**                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:26-CV-00618-LPR**

**DEBBIE MACK, RODNEY RICHMOND, LENORA
NEWSOME, CLINT BOONE, LYN FRUCHEY,
BRIAN JOLLY, HAROLD H. SIMPSON, and BETH
ANN DAVENPORT, in their official capacities as
members of the Arkansas State Board of Pharmacy,**                **DEFENDANTS**

### Defendants' Third Unopposed Motion to Extend Briefing Schedule

Under Local Rule 7.2, Defendants respectfully move the Court for an unopposed extension of the current briefing schedule. In support, Defendants state:

1.      Defendants' response to Plaintiff's Motion for Preliminary Injunction, ECF No. 13, is currently due on July 27, 2026.

2.      The parties are currently engaged in settlement negotiations, and Defendants are optimistic about the prospect of resolving this case soon.

3.      Accordingly, Defendants respectfully request an extension of the deadline to file their response until August 3, 2026.

4.      Plaintiffs' deadline to file a reply in support of their preliminary injunction motion would be August 10, 2026.

5.      Defendants have conferred with Bristol-Myers Squibb Company, and this motion is unopposed.

6.      Defendants seek this extension in good faith and not for any improper purpose.

1

Accordingly, for good cause shown, Defendants respectfully request an extension of the deadline to file their response to Plaintiff's motion for preliminary injunction from July 27, 2026, to August 3, 2026.

Respectfully submitted,

By:     /s/ Jordan Broyles
        Jordan Broyles, Ark. Bar No. 2015156
        Senior Assistant Attorney General

        Office of the Arkansas Attorney General
        Bob R. Brooks Jr. Justice Building
        101 West Capitol Avenue
        Little Rock, AR 72201
        (501) 301-0169, (501) 682-2591 fax
        Jordan.Broyles@arkansasag.gov

        *Counsel for Defendants*