**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRISTOL MYERS SQUIBB COMPANY,** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00618-LPR**

**DEBBIE MACK, RODNEY RICHMOND, LENORA NEWSOME, CLINT BOONE, LYN FRUCHEY, BRIAN JOLLY, HAROLD H. SIMPSON, and BETH ANN DAVENPORT, in their official capacities as members of the Arkansas State Board of Pharmacy,** **DEFENDANTS**

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendants move for leave of Court to file a reply brief in support of their Motion to Dismiss and state the following:

1. Defendants filed their Motion to Dismiss on August 3, 2026. *See* Dkt. No. 27.

2. Plaintiffs filed a Combined Opposition to Defendants' Motion to Dismiss and Brief in Support of Cross-Motion for Summary Judgment on August 24, 2026. *See* Dkt. No. 37.

3. In accordance with Local Rule 7.2, Defendants move for leave of Court to file a reply brief in support of their Motion to Dismiss.

4. A copy of Defendants' proposed reply brief is attached to this motion as Exhibit A.

WHEREFORE, Defendants respectfully request leave of Court to file a reply brief in support of their Motion to Dismiss.

Respectfully submitted,

By: Ryan Hale
Ark. Bar No. 2024310
Senior Assistant Attorney General

Office of the Arkansas Attorney General
Bob R. Brooks Jr. Justice Building
101 West Capitol Avenue
Little Rock, AR 72201
(501) 295-7419
(501) 682-2591 fax
ryan.hale@arkansasag.gov

*Counsel for Defendants*