**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRISTOL MYERS SQUIBB COMPANY, PLAINTIFF**

**v. CASE NO. 4:26-CV-00618-LPR**

**DEBBIE MACK, RODNEY RICHMOND, LENORA NEWSOME, CLINT BOONE, LYN FRUCHEY, BRIAN JOLLY, HAROLD H. SIMPSON, and BETH ANN DAVENPORT, in their official capacities as members of the Arkansas State Board of Pharmacy, DEFENDANTS**

## DEFENDANTS' MOTION TO STAY SUMMARY JUDGMENT BRIEFING AND TO HOLD THE EXISTING DEADLINE TO RESPOND IN ABEYANCE PENDING RESOLUTION OF THIS MOTION[1]

Defendants Debbie Mack, Rodney Richmond, Lenora Newsome, Clint Boone, Lyn Fruchey, Brian Jolly, Harold H. Simpson, and Beth Ann Davenport, in their official capacities as members of the Arkansas State Board of Pharmacy, respectfully file this Motion to Stay Summary Judgment Briefing and to Hold Existing Deadline to Respond in Abeyance Pending Resolution of This Motion. A brief in support of this motion is being filed contemporaneously with this motion pursuant to Local Rule 7.2(a). This motion should be granted for the reasons set forth in the accompanying brief, and this Court should stay the briefing on BMS's summary-judgment motion, including the accompanying brief, statement of undisputed material facts, and summary-judgment exhibits, Dkt. Nos. 35, 36, 37, and 38, and hold the Board's existing deadline to respond to those filings in abeyance pending resolution of this motion.

[1] BMS opposes this motion and intends to file a response to it.

Respectfully submitted,

By: Ryan Hale
Ark. Bar No. 2024310
Senior Assistant Attorney General

Office of the Arkansas Attorney General
Bob R. Brooks Jr. Justice Building
101 West Capitol Avenue
Little Rock, AR 72201
(501) 295-7419
(501) 682-2591 fax
ryan.hale@arkansasag.gov

*Counsel for Defendants*